[No. 17349-9-I.   Division One.   July 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
EDWARD HAFF, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-1-01271-9, Stephen M. Reilly, J., entered
October 1, 1985. *Dismissed* by unpublished per curiam
opinion.

[No. 17961-6-I.   Division One.   July 29, 1987.]

REUEL OLSON, ET AL, *Appellants,* v. INTERNATIONAL LONG-
SHOREMEN'S AND WAREHOUSEMEN'S UNION,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 82-2-11588-6, Herbert M. Stephens, J.,
entered January 31, 1986. *Affirmed* by unpublished opinion
per Durham, J. Pro Tem., concurred in by Little and
Walterskirchen, JJ. Pro Tem.

[No. 17624-2-I.   Division One.   July 29, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. HERMAN
ROOSEVELT SATTERWHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-1-02795-3, Frank J. Eberharter, J., entered
December 17, 1985. *Dismissed* by unpublished per curiam
opinion.